**AFFIRM; and Opinion Filed April 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00967-CR
No. 05-13-00968-CR

**CECILIA CERDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-33135-U, F13-00398-U**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

Cecilia Cerda appeals her convictions for aggravated robbery and theft. In two issues, appellant contends the sentences imposed violate her constitutional rights. We affirm the trial court's judgments.

Appellant waived a jury and pleaded guilty to aggravated robbery of an elderly person and theft from an elderly person. *See* TEX. PENAL CODE ANN. §§ 29.03(a), 31.03(a) (West 2011 & Supp. 2013). After finding appellant guilty, the trial court assessed punishment at forty years' imprisonment and a $3,000 fine for the aggravated robbery and ten years' imprisonment and a

$2,000 fine for the theft. Appellant contends the sentences are grossly disproportionate to the offenses and inappropriate to the offender, in violation of the United States and Texas Constitutions. Appellant asserts she committed the offenses to support her heroin addiction, and she should have been placed on community supervision and allowed to participate in the SAFPF program. The State responds that appellant failed to preserve her complaints for appellate review and alternatively, the sentences cannot be characterized as being grossly disproportionate to the offense.

Appellant did not complain about the sentences either at the time they were imposed or in her motions for new trial. *See* TEX. R. APP. P. 33.1(a)(1); *Castaneda v. State*, 135 S.W.3d at 723. Thus, she has not preserved this issue for appellate review. Moreover, punishment that is assessed within the statutory range for an offense is neither excessive nor unconstitutionally cruel or unusual. *Kirk v. State*, 949 S.W.2d 769, 772 (Tex. App.—Dallas 1997, pet. ref'd); *see also Jackson v. State*, 680 S.W.2d 809, 814 (Tex. Crim. App. 1984). Aggravated robbery of an elderly person is a first-degree felony offense, punishable by imprisonment for five to ninety-nine years or life and an optional fine not to exceed $10,000. *See* TEX. PENAL CODE ANN. §§ 12.32, 29.03(a)(3)(A), (b) (West 2011). Theft from an elderly person is a third-degree felony offense, punishable by imprisonment for two to ten years and an optional fine not to exceed $10,000. *Id.* §§ 12.34, 31.03(e)(4)(B), (f)(3)(A) (West 2011 & Supp. 2013). Appellant's forty-year and ten-year sentences and the fines imposed are within the statutory ranges of their respective offenses. We conclude the sentences do not violate either the United States or Texas Constitution. We overrule appellant's two issues.

We affirm the trial court's judgments.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130967F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CECILIA CERDA, Appellant

No. 05-13-00967-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-33135-U).
Opinion delivered by Justice O'Neill,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered April 29, 2014.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CECILIA CERDA, Appellant

No. 05-13-00968-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-00398-U).
Opinion delivered by Justice O'Neill,
Justices Moseley and FitzGerald
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered April 29, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE